

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00428-CR

Shawn Michael **LEWIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CR-2755
Honorable Pat Priest, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED April 16, 2014.

_____
Rebeca C. Martinez, Justice